## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CV-80098-RLR

NATHAN C. SILVA, *derivatively on behalf of Nominal Defendant* MICRON TECHNOLOGY, INC.,

    Plaintiff,

v.

SANJAY MEHROTRA, RICHARD M. BEYER, LYNN A. DUGLE, STEVE GOMO, LINNIE HAYNESWORTH, MARY PAT MCCARTHY, BOB SWAN, MARYANN WRIGHT, *and* MARK MURPHY,

    Defendants,

*and* MICRON TECHNOLOGY, INC.,

    Nominal Defendant.

_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal without Prejudice at docket entry 7. Because Plaintiff has dismissed without prejudice all claims asserted against Defendants, it is hereby **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of February, 2025.

                                                          ROBIN L. ROSENBERG
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record